**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-2428**

_____

SAMMIE JONES,

Plaintiff - Appellant,

versus

UNITED STATES MARSHALS SERVICE,

Defendant - Appellee.

_____

**No. 01-2429**

_____

SAMMIE JONES,

Plaintiff - Appellant,

versus

CITY OF ALEXANDRIA; ALEXANDRIA POLICE
DEPARTMENT; CITY OF ALEXANDRA LIBRARY; KERRY
J. DONLEY, Major,

Defendants - Appellees.

_____

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-01-62-MC, CA-01-63-MC)

Submitted: April 19, 2002          Decided: May 1, 2002

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sammie Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sammie Jones appeals the district court's orders dismissing his civil actions as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) (West Supp. 2001). We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. See Jones v. United States, Nos. CA-01-62-MC; CA-01-63-MC (E.D. Va., filed Sept. 5, 2001; entered Nov. 21 & 23, 2001). Additionally, while we grant Jones' motions to proceed in forma pauperis, we deny his motion to subpoena the court reporter, as well as his "Petition for Review," and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3